# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-06008-01-CR-SJ-FJG |
| ) | |
| TERRY L. HAGER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 13, 2017, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Dr. Lea Ann Preston Baecht, at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri from September 19 through October 20, 2017. It is the opinion of Dr. Baecht that Defendant is competent to proceed. During the December 11, 2017 competency hearing held before Magistrate Judge Robert E. Larsen, the parties stipulated to Dr. Baecht's Psychiatric Evaluation, and no other evidence was offered on the issue of defendant's competency to stand trial. Magistrate Judge Larsen entered a Report and Recommendation that the Court find defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. No objections were filed to Magistrate Judge Larsen's Report and Recommendation. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation (Doc. No. 48) of Magistrate Judge Robert E. Larsen is adopted in its entirety, and this Court finds that Defendant is competent.

Date: January 9, 2018            **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri            Fernando J. Gaitan, Jr.
                                 United States District Judge